UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA McCALLUP,<br><br>               Plaintiff,<br><br>vs.<br><br>EDGEWOOD CENTER/RES CARE, et al., AZUSA POLICE DEPARTMENT, CITY OF AZUSA, DIANNA HALL, ROSANNE (last name unknown) LVN, individually, jointly, severely, in official capacity,<br><br>               Defendants. | CASE NO. CV07-06837 SVW (PJWx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS RSCR CALIFORNIA, INC., DIANA HALL and ROSALIND TAMAYO, LVN**<br><br>Date:     August 4, 2008<br>Time:    1:30 p.m.<br>Ctrm:    6<br><br>Judge:        Hon. Stephen V. Wilson<br>Magistrate:  Hon. Patrick J. Walsh |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of defendants RSCR CALIFORNIA, INC. (erroneously sued and served as Edgewood Center/Res-Care, Inc.), DIANA HALL (erroneously sued and served as Dianna Hall), and ROSALIND TAMAYO, LVN (erroneously sued and served as Rosanne (last name unknown) LVN).  Plaintiff shall take notice on her Complaint.

**DATED:  July 23, 2008**

_____
**HONORABLE STEPHEN V. WILSON**
**JUDGE OF THE SUPERIOR COURT**

CV07-06837 SVW (PJWx)