1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VERONICA MCCALLUP, | Case No. CV 07-6837 SVW (PJWx) |
| --- | --- |
| Plaintiff, | Judge: Hon. Stephen V. Wilson |
| v. | **JUDGMENT IN FAVOR OF DEFENDANTS CITY OF AZUSA AND AZUSA POLICE DEPARTMENT** |
| EDGEWOOD CENTER / RES CARE ET AL, AZUSA POLICE DEPARTMENT, CITY OF AZUSA, DIANNA HALL, ROSANNE (last name unknown) LVN, individually, jointly, severely, in official capacity, | |
| Defendants. | |

1     It is hereby ORDERED, ADJUDGED, and DECREED that Judgment is
2 entered in favor of Defendants City of Azusa and Azusa Police Department, and
3 against Plaintiff Veronica McCallup.  Plaintiff shall take nothing on her Complaint

Dated:

July 23, 2008 _____

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE